**Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00374-CV
_____

## MISHA FERGUSON ET AL, Appellant

## V.

## QIAO ZHOU ET AL, Appellee

---

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1073353**

---

## ORDER

The clerk's record was filed September 27, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Harris County Clerk is directed to file a supplemental clerk's record on or before **October 14, 2016**, containing the **notice of appeal**.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file

PER CURIAM